UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LORENZO CRUZ NUNEZ MENA, Petitioner | CIVIL DOCKET NO. 1:20-CV-00894-P |
| VERSUS | JUDGE DRELL |
| WILLIAM JOYCE, *ET AL.*, Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 7), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the motion to enjoin Respondents from transferring Petitioner out of Catahoula Correctional Center is DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 10 day of August, 2020.

DEE. D. DRELL
UNITED STATES DISTRICT JUDGE