UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LORENZO CRUZ NUNEZ MENA,<br>Petitioner | CIVIL DOCKET NO. 1:20-CV-0894-P |
| VERSUS | JUDGE DRELL |
| WILLIAM JOYCE, *ET. AL.*,<br>Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation (ECF No. 35) of the Magistrate Judge previously filed herein, and after a *de novo* review of the record including the Objection filed by Petitioner (ECF No. 36), and the Response to Objection filed by the Government (ECF No 38), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Motion to Dismiss (ECF No. 29) is GRANTED; the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction; and the Emergency Motion for Temporary Restraining Order (ECF No. 27) is DENIED as MOOT.

THUS, DONE AND SIGNED in Alexandria, Louisiana, on this 23rd day of December 2020.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT